**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102
Phone: 415.522.2035



RICHARD W. WIEKING
CLERK OF COURT

July 21, 2008

Eric M. Brooks                                   Sheldon H. Elsen
Securities and Exchange Commission               Orans Elsen Lupert & Brown
44 Montgomery Street, Suite 2600                 875 Third Ave.
San Francisco, CA 94104                          New York, NY   10022

**Re:   SECURITIES AND EXCHANGE COMMISSION  v. WILLIAM J. RAUCH**
C08-03416 (JCS)

Dear Counsel:

This matter has been randomly assigned to United States Magistrate Judge Joseph C. Spero for all purposes including trial.

The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

A review of  our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge  has not been filed in this case.  All parties are requested to complete **one** of the attached forms documenting either consent or request for reassignment and e-file it with the Court by **July 28, 2008.**  These forms can be found on the Court's website at www.cand.uscourts.gov.

Sincerely,

RICHARD W. WIEKING

By: Karen L.Hom
Deputy Clerk

Attachments

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE
COMMISSION,

No.  C 08-03416 JCS

**CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE**

Plaintiff(s),

v.

WILLIAM J. RAUCH,

Defendant(s).
_____/

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: _____          _____
                                                Signature

                                                Counsel for _____
                                                (Name or party or indicate "pro se")

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE
COMMISSION,

               Plaintiff(s),

    v.

WILLIAM J. RAUCH,

          Defendant(s).

_____/

No.  C 08-03416 JCS

**DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

      The undersigned party in the above-captioned civil matter hereby declines to consent to the

assignment of this case to a United States Magistrate Judge for trial and disposition and hereby

requests the reassignment of this case to a United States District Judge.

Dated: _____

_____
Signature

_____
Counsel for _____
(Name or party or indicate "pro se")

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


SECURITIES AND EXCHANGE COMMISSION,

               Plaintiff,

    v.

WILLIAM J. RAUCH et al,

               Defendant.

_____/

Case Number: CV08-03416 JCS

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 21, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Sheldon H. Elsen
Orans Elsen Lupert & Brown LLP
875 Third Avenue
New York, NY 10022

Dated: July 21, 2008

*Karen L. Hom*

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk