1  MARC J. FAGEL (Cal. Bar No. 154425)
     fagelm@sec.gov
2  CARY S. ROBNETT (Cal. Bar No. 160585)
     robnettc@sec.gov
3  ROBERT S. LEACH (Cal. Bar No. 196191)
     leachr@sec.gov
4  ERIC M. BROOKS (Cal. Bar No. 209153)
     brookse@sec.gov
5
   Attorneys for Plaintiff
6  SECURITIES AND EXCHANGE COMMISSION
   44 Montgomery Street, Suite 2600
7  San Francisco, California  94104
   Telephone:  (415) 705-2500
8  Facsimile:  (415) 705-2501
9
10              UNITED STATES DISTRICT COURT
11            NORTHERN DISTRICT OF CALIFORNIA
12               SAN FRANCISCO DIVISION

13  SECURITIES AND EXCHANGE COMMISSION,   |   **Case No. CV 08 3416 JCS**
14             Plaintiff,
15       v.                                          **CONSENT TO PROCEED BEFORE A
                                                      UNITED STATES MAGISTRATE JUDGE**
16  WILLIAM J. RAUCH,
17             Defendant.
18
19  **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**
20       In accordance with the provisions of Title 28, U.S.C. Code Section 636(c), the undersigned
21  party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further
22  proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the
23  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.
24
25  Dated: 7/22 , 2008
                                          Signature
26
27                                        Counsel for Plaintiff
                                          Securities and Exchange Commission
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. CV 08 3416 JCS |
| Plaintiff, | |
| v. | CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |
| WILLIAM J. RAUCH, | |
| Defendant. | |

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Code Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: July 22, 2008

_____
Signature

Counsel for Defendant
William J. Rauch