MARC J. FAGEL (Cal. Bar No. 154425)
fagelm@sec.gov
CARY S. ROBNETT (Cal. Bar No. 160585)
robnettc@sec.gov
ROBERT S. LEACH (Cal. Bar No. 196191)
leachr@sec.gov
ERIC M. BROOKS (Cal. Bar No. 209153)
brookse@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM J. RAUCH, <br><br> Defendant. | Case No. CV 08 3416 JCS <br><br> **CERTIFICATE OF SERVICE** |

I, Martha D. Dewing, am a citizen of the United States, over 18 years of age, and am not a party or counsel to a party in this action. On July 22, 2008, I served true and correct copies of the following:

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**
**CERTIFICATE OF SERVICE**

1
2       I served true and correct copies via U.S. MAIL addressed to the following:
3
4   Sheldon H. Elsen
    Orans Elsen Lupert & Brown LLP
5   875 Third Avenue
    New York, NY 10022
6   Counsel for William J. Rauch
7
8       I declare under penalty of perjury that the foregoing is true and correct.

        Executed at San Francisco, California on July 22, 2008.
9
10
11                                              _____
                                                Martha D. Dewing
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SEC v. RAUCH                                                              Certificate of Service
CV 08 3416 JCS